UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC JOSEY,

      Plaintiff,

v.                                                        CASE NO. 3:25-cv-1472-BJD-SJH

FLAGLER COUNTY BOARD OF
COUNTY COMMISSIONERS, et al.,

      Defendants.
_____/

**NOTICE TO PRO SE PLAINTIFF**

      Plaintiff in this action is proceeding pro se. Because you are proceeding without the benefit of a lawyer, to ensure you are aware of the rules you must follow, the Court provides this notice to you.

**1.**     **Complying with Rules and Orders**

      As an initial matter, you should know that the rules apply to all parties regardless of whether they have a lawyer. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989). The rules include the Federal Rules of Civil Procedure (Fed. R. Civ. P.) and the Local Rules of the United States District Court for the Middle District of Florida (Local Rules). You can find the Local Rules on the Court's website, www.flmd.uscourts.gov, or in the clerk's office, 300 North Hogan Street, Jacksonville, Florida 32202. The Court highlights some of the commonly applicable rules below.

Because other rules apply, however, you should not rely on this notice as limiting the duties that you have in this case.

Plaintiff is warned that the failure to comply with these requirements and obligations can have significant consequences. For example, failure to respond to discovery requests as described in the rules may result in sanctions. *See* Fed. R. Civ. P. 37. In addition, failure to conduct a timely Case Management Conference and submit a Case Management Report can result in dismissal of this case for lack of prosecution. *See* Local Rules 3.02, 3.10.

Plaintiff is also cautioned that he must abide by and comply with all orders of this Court. Failure to do so may result in sanctions, including dismissal of this case.

2. **Service of Process**

The first of the requirements with which Plaintiff must comply are those regarding service of process on Defendants. In accordance with Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff is required to perfect service upon Defendants "within 90 days after the complaint is filed"; failure to timely or otherwise properly perfect service of process may, under some circumstances, result in the dismissal of a case in its entirety. *See* Fed. R. Civ. P. 4(m). Plaintiff must also file proof of service or a waiver of service as to each defendant. *See* Fed. R. Civ. P. 4(d)(4) and (l)(1); Local Rule 1.10(a).

3. **Filing Documents with the Court**

All documents that you file with the Court must be in the form of a pleading, a motion, a response, or a notice. A pleading is the complaint and any amended

complaint, as well as the answer to the complaint and any amended answer to the complaint. A motion is any document in which you ask the Court for something. A response is any document responding to a motion by another party or an order directing a response to a matter. A notice is any document in which you provide pertinent information without asking the Court for something. All documents that you file with the Court must be in separate documents (except for motions and memoranda of law; those must be together in one document). And all documents that you file with the Court must include:

   a. a caption at the top of the first page that has the name of the Court (United States District Court, Middle District of Florida, Jacksonville Division), the names of the parties, and the case number;

   b. a title that describes the document, starting with your party designation and, if the document is an unopposed motion, that includes the word "unopposed" (for example, "Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Summary Judgment Motion");

   c. within any motion (not as a separate document), a legal memorandum with citations to authority that supports your request;

   d. a certificate at the end of most types of motions, under the heading "Local Rule 3.01(g) Certification," (i) stating that you have conferred with the other party in a good faith effort to try to resolve the matter before filing the motion; and (ii) explaining whether the other party agrees on the relief that you are requesting in the motion;

   e. your full name and your signature;

   f. a certificate of service certifying that you sent the document to the other party and specifying the date that you sent the document, how you sent the

document (for example, by United States Mail, Federal Express, or hand delivery), and the address to which you sent the document.

For more information on filing documents with the Court, please see Fed. R. Civ. P. 5 through 11 and the Local Rules.

4. **Responding to Motions**

You must timely respond to any motion filed by the other party unless you have no opposition to the relief requested in the motion. If you fail to respond to a motion, the Court may assume that you do not oppose the relief requested in the motion. The deadlines for responding to motions are set forth in Local Rule 3.01(d). If you miss a filing deadline, you must file a motion asking the Court to allow you to file your response late.

5. **Directly Corresponding with the Court Prohibited**

Under Local Rule 3.01(l), you may not directly correspond with the Court (or any individual judge) in the form of letters or similar documents. Instead, everything that you submit for the Court's consideration must be filed through the clerk's office. The Court will not respond to anything that is not filed through the clerk's office and will return it to you.

6. **Resources**

The Court's website (www.flmd.uscourts.gov) offers resources for unrepresented litigants. Under the tab titled, "For Litigants," there is a section titled, "Litigants without Lawyers." In this section, there are resources available to pro se

parties, including a link to a Handbook called "Guide for Proceeding Without A Lawyer." You may also get a copy of the guide at the clerk's office.

Additionally, you may also wish to consider consulting with an organization that offers free services. For example, the Jacksonville Federal Court Bar Association operates a Legal Information Program through which pro se litigants may meet with a lawyer for free to ask general questions about procedures governing cases in federal court. More information about the program is available on the Court's website at www.flmd.uscourts.gov/legal-information-program or you can contact the clerk's office at (904) 549-1900.

**ENTERED** in Jacksonville, Florida, on December 3, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:
*Pro Se* Plaintiff

5