UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC JOSEY,

    Plaintiff,

v.                                                                                    Case No.: 3:25-cv-1472-BJD-SJH

FLAGLER COUNTY BOARD OF COUNTY              **MOTION TO E-FILE PRO SE**
COMMISSIONERS; SCHOOL BOARD OF
FLAGLER COUNTY; FLAGLER COUNTY            District Judge Brian Davis
SHERIFF; AND CITY COMMISSION OF
THE CITY OF BUNNELL,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO USE ELECTRONIC FILING (CM/ECF) AS A PRO SE LITIGANT**

Plaintiff, ERIC JOSEY, appearing *pro se*, respectfully moves this honorable Court for an order granting him permission to use the Court's Case Management/Electronic Case Filing ("CM/ECF") system for filing and receiving documents electronically in this case, and states:

1. Plaintiff is an unrepresented party in this civil action and is not an attorney admitted to practice in the Middle District of Florida.

2. Pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 5(d)(3)(B)(ii), M.D. Fla. Administrative Procedures for Electronic Filing § II(A)(2) and Local Rules 1.01, 5.1, and 3.01 for Electronic Filing, *pro se* litigants may be granted permission to file and receive documents electronically upon motion and Court approval.

3. Plaintiff has more than two decades of experience in *pro se* litigation and complying with the technical requirements of CM/ECF in various federal and state jurisdictions. Plaintiff has regular access to:

- o a computer with reliable internet access.
- o a valid email address: premier.consulting173@aol.com; and,
- o the ability to convert documents to PDF format and upload them through the CM/ECF system.

4. Plaintiff understands that if this motion is granted:

   a) Plaintiff must comply with all applicable provisions of the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Middle District of Florida, and the CM/ECF Administrative Procedures.

   b) Plaintiff must monitor the CM/ECF system and his registered email account regularly for Notices of Electronic Filing and orders of the Court; and,

   c) Service of documents via CM/ECF on Plaintiff's registered email address will constitute service under Federal Rule of Civil Procedure 5(b)(2)(E).

   d) Plaintiff further understands that failure to comply with the Court's rules or CM/ECF procedures may result in revocation of permission to use electronic filing and/or other appropriate sanctions.

   e) Allowing Plaintiff to file and receive documents electronically will promote efficiency, reduce financial harm and delay associated with mailing, and facilitate timely compliance with Court deadlines for all parties.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order:

1. Granting this Motion and authorize the Plaintiff to register for and use the CM/ECF system to file and receive documents electronically in this case.

2. Directing the Clerk of Court, upon entry of such order, to provide Plaintiff with the necessary authorization to register for a CM/ECF login and password; and,

3. Granting such other and further relief as the Court may deem just and proper.

Dated: December 18, 2025

                                    Respectfully submitted,

                              x _/s/ Eric Josey_
                              ERIC JOSEY
                              250 Palm Coast Pkwy NE
                              Suite 607, PMB 173
                              Palm Coast, FL 32137
                              Phone: (917) 882-1330
                              Email: premier.consulting173@aol.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of December, 2025, I mailed a true and correct copy of the foregoing Plaintiff's Motion for Leave to Use Electronic Filing (CM/ECF) as a Pro Se Litigant via FedEx overnight service to the Clerk of the Court for filing in the CM/ECF and e-served the same to all defendant counsel as they appear via the CM/ECF after process service on December 9, 2025.

                              x _/s/ Eric Josey_
                              ERIC JOSEY, Plaintiff