ERIC JOSEY
250 Palm Coast Pkwy NE
Suite 607, PMB 173
Palm Coast, FL 32137
Phone: (917) 882-1330
Email: premier.consulting173@aol.com

Date: December 22, 2025

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division
United States Courthouse
CLERK OF THE COURT
300 North Hogan Street
Jacksonville, FL 32202

Re: **FILING CORRECTION OF COMPLAINT AND EXHIBITS** in the matter of *Josey v. Flagler County Board of County Commissioners, et al.*, Case No. 3:25-cv-1472-BJD-SJH

Dear Clerk of the Court:

Please be advised that the enclosed documents are intended to correct my previous filing on 12-18-2025, at (Doc. #5). The exhibits filed with the MOTION FOR LEAVE TO E-FILE PRO SE were intended for the original operative complaint at (Doc. #1). Accordingly, please accept for filing correction the enclosed complaint copy of the original and Exhibits A through E. I respectfully request that these records be docketed as follows:

1. "Complaint;" and separately,
2. "Exhibits A through E."

If there are any issues requiring clarification or correction, please get in touch with me at the phone number or email listed above. Thank you for your assistance.

Respectfully submitted,

Eric Josey,
Plaintiff, *Pro Se*