IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ERIC JOSEY,**

    Plaintiff,

vs.                                    CASE NO.: 3:25-cv-01472-BJD-SJH

**FLAGLER COUNTY BOARD OF
COUNTY COMMISSIONERS;
SCHOOL BOARD OF FLAGLER
COUNTY; FLAGLER COUNTY
SHERRIFF; AND CITY COMMISSION
THE CITY OF BUNNELL,**

    Defendants.
_____/

**AMENDED NOTICE OF APPEARANCE FOR DEFENDANT SCHOOL
BOARD OF FLAGLER COUNTY, FLORIDA**
*Amended as to Name of Defendant Only*

**PLEASE TAKE NOTICE** that the undersigned hereby designates her appearance as lead counsel of record for Defendant, **the School Board of Flagler County, Florida.** All correspondence, pleadings, notices, and other materials filed or issued in this cause for the above-named Defendant should be directed to the undersigned as lead counsel of record at the address listed below.

Dated this 29th day of December, 2025.

Respectfully submitted,

*/s/ Amy D. Envall*
**AMY D. ENVALL**
Florida Bar Number: 0735469
E-mail: aenvall@sniffenlaw.com
**DESIGNATED LEAD COUNSEL**

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendant*
*School Board of Flagler County, Florida*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of December, 2025, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system, which will send a notice of electronic filing and was served via email and US Mail to the Plaintiff:

Eric Josey
250 Palm Coast Pkwy NE
Suite 607, PMB 173
Palm Coast, FL 32137
premier.consulting173@aol.com

*/s/ Amy D. Envall*
**AMY D. ENVALL**