IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ERIC JOSEY,**

    **Plaintiff,**

    **vs.**                                    **CASE NO.: 3:25-cv-01472-BJD-SJH**

**FLAGLER COUNTY BOARD OF**
**COUNTY COMMISSIONERS;**
**SCHOOL BOARD OF FLAGLER**
**COUNTY; FLAGLER COUNTY**
**SHERRIFF; AND CITY COMMISSION**
**THE CITY OF BUNNELL,**

    **Defendants.**
_____/

**AMENDED NOTICE OF APPEARANCE FOR DEFENDANT SCHOOL**
**BOARD OF FLAGLER COUNTY, FLORIDA**
*Amended as to Name of Defendant Only*

    PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel of record for Defendant**, the School Board of Flagler County, Florida.** All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned as co-counsel of record at the address listed below.

    Dated this 29th day of December, 2025.

Respectfully submitted,

*/s/ Terry J. Harmon*
**TERRY J. HARMON**
Florida Bar Number: 0029008
tharmon@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendant*
*School Board of Flagler County, Florida*

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of December, 2025, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system, which will send a notice of electronic filing and was served via email and US Mail to the Plaintiff:

Eric Josey
250 Palm Coast Pkwy NE
Suite 607, PMB 173
Palm Coast, FL 32137
premier.consulting173@aol.com

*/s/ Terry J. Harmon*
**TERRY J. HARMON**