Revised 09/25

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ERIC JOSEY,

    Plaintiff,

v.                                              Case No. 3:25-cv-01472-BJD-SJH

FLAGLER COUNTY BOARD OF
COUNTY COMMISSIONERS;
SCHOOL BOARD OF FLAGLER
COUNTY; FLAGLER COUNTY
SHERRIFF; AND CITY COMMISSION
THE CITY OF BUNNELL,

    Defendant[s].

_____

### DEFENDANT SCHOOL BOARD'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

> The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

## Recusal Information

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   The School Board is a governmental entity.

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   a. Flagler Sheriff's PAL, Inc.

REVISED 09/25

The School Board is unaware of any other entity or natural person that must be disclosed in response to this request. However, in an abundance of caution, the School Board hereby submits the names of its current Superintendent and School Board Members:

    a.      Lashakia Moore – Superintendent of Schools

    b.      Christy Chong – School Board Member

    c.      Will Furry – School Board Member

    d.      Janie Ruddy – School Board Member

    e.      Lauren Ramirez – School Board Member

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   David McKinnon Delaney (FL Bar No. 195995) previously served as counsel for the School Board in a matter involving this same Plaintiff and is the current School Board Attorney. Mr. Delaney is with the Law Firm of Weiss, Serota, Helfman, Cole, & Bierman, P.L., 2800 Ponce De Levon Blvd., Suite 1200, Miami, Florida 33134-6919; Office Number: (305-854-0800); Email: ddelaney@wsh-law.com.

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   Not applicable.

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

   Aside from the other parties, legal counsel of record, and others listed above, the School Board is unaware of any other entity or natural person who is likely to actively participate in this action.

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

   The School Board is unaware of any conflict of interest affecting the District or Magistrate Judges in this action.

REVISED 09/25

## Citizenship Information

> If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.
>
> If the filer is a **corporation**, the filer must identify its place of incorporation and its principal place of business.
>
> If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.
>
> If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify the filer's state of incorporation, the filer's principal place of business, and the insured's citizenship.
>
> If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.
>
> If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

   Not applicable.

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

   Not applicable.

Revised 09/25

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Signed:

/s/Terry J. Harmon
**TERRY J. HARMON**
Florida Bar Number: 0029001
tharmon@sniffenlaw.com
**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendant*
*School Board of Flagler County, Florida*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of December 2025, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system, which will send a notice of electronic filing and was served via email and US Mail to the Plaintiff:

Eric Josey
250 Palm Coast Pkwy NE
Suite 607, PMB 173
Palm Coast, FL 32137
premier.consulting173@aol.com

*/s/ Terry J. Harmon*
**TERRY J. HARMON**