# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**ERIC JOSEY,**

    **Plaintiff,**

v.                             **CASE NO.: 3:25-cv-01472-BJD-SJH**

**FLAGLER COUNTY BOARD OF COUNTY COMMISSIONERS; SCHOOL BOARD OF FLAGLER COUNTY; FLAGLER COUNTY SHERIFF; and CITY COMMISSION OF THE CITY OF BUNNELL,**

    **Defendants**
_____/

## NOTICE OF APPEARANCE OF LEAD COUNSEL

    PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as lead counsel of record for Defendant RICK STALY, in his official capacity as Sheriff of Flagler County, Florida, on behalf of the entity erroneously described as "FLAGLER COUNTY SHERIFF". All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned as counsel of record at the address listed below.

    Dated this 29th day of December, 2025.

Respectfully submitted,

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN (Lead Counsel)**
Florida Bar No. 0937975
Email: mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida  32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorney for Defendant Sheriff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of December 2025, a true and correct copy of the foregoing was electronically filed in the United States District Court for the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to counsel of record and to Plaintiff, Eric Josey, by U.S. Mail at the address of record:

Eric Josey
250 Palm Coast Pkwy, NE
Suite 607, PMB 173
Palm Coast, FL 32137

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN**