UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ERIC JOSEY,**

    **Plaintiff,**

v.                                                                          Case No. 3:25-cv-01472-BJD-SJH

**FLAGLER COUNTY BOARD OF COUNTY COMMISSIONERS; SCHOOL BOARD OF FLAGLER COUNTY; FLAGLER COUNTY SHERIFF; AND CITY COMMISSION THE CITY OF BUNNELL,**

    **Defendants.**

_____

### SHERIFF STALY'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

> The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

### Recusal Information

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   None

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

    a. Eric Josey – Plaintiff

    b. Sheriff Rick Staly - Defendant

    c. Michael Spellman – Counsel for Sheriff Staly

    d. School Board of Flagler County, Defendant

    e. Terry Harmon, Counsel for the School Board

    f. Amy Envall, Counsel for the School Board

    g. Flagler County Board of County Commissioners, Defendant

    h. Michael Rodriguez, Counsel for Flagler County

    i. City of Bunnell, Defendant

    j. Florida Sheriffs Risk Management Fund

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

None.

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

N/A

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

None known at this time.

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

    None known of.

## Citizenship Information

> If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.
>
> If the filer is a **corporation**, the filer must identify its place(s) [or alternatively state(s)] of incorporation and its principal place(s) of business.
>
> If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.
>
> If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify the filer's state of incorporation, the filer's principal place of business, and the insured's citizenship.
>
> If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.
>
> If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

    N/A

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

    N/A

3

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Signed:

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN (Lead Counsel)**
Florida Bar No. 937975
E-mail: mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004
*Attorney for Sheriff Staly*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of December 2025, a true and correct copy of the foregoing was electronically filed in the United States District Court for the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to counsel of record and to Plaintiff, Eric Josey, by U.S. Mail at the address of record:

> Eric Josey
> 250 Palm Coast Pkwy, NE
> Suite 607, PMB 173
> Palm Coast, FL 32137

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN**