UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC JOSEY,

    Plaintiff,

v.                            CASE NO. 3:25-cv-1472-BJD-SJH

FLAGLER COUNTY BOARD OF
COUNTY COMMISSIONERS, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to Use Electronic Filing (CM/ECF) as a *pro se* Litigant ("Motion"). Doc. 5. The Motion is due to be denied.

Preliminarily, the Motion is due to be denied as it does not comply with the typography requirements of Local Rule 1.08(a), *see Hardy v. Strayer Univ., LLC*, No. 6:25-cv-1136-WWB-RMN, 2025 WL 2337401, at *1 (M.D. Fla. Aug. 13, 2025), and it does not contain a memorandum of law as required by Local Rule 3.01(b), *see Askan v. FARO Techs. Inc.*, No. 6:21-cv-1366-PGB-DCI, 2022 WL 2306842, at *1 (M.D. Fla. Mar. 3, 2022). Moreover, even if considered, the Motion does not assert a basis supplying good cause out of the ordinary for the relief requested. *See Gerow v. Blackwell*, No. 8:24-cv-2280-KKM-NHA, 2024 WL 4679030, at *1 (M.D. Fla. Nov. 5, 2024) ("'Absent a court order, a pro se litigant is not permitted to file documents in

CM/ECF.' Such an order is generally unavailable in this district unless 'the pro se party makes a showing of good cause or extenuating circumstances justifying such relief.'") (citations omitted); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011);[1] *Hardy*, 2025 WL 2337401, at *1; *Gillespie v. Wilcox*, No. 5:25-cv-486-SPC-PRL, 2025 WL 2306739, at *1 (M.D. Fla. Aug. 11, 2025); *Rothschild v. Anywhere Advisors LLC*, No. 2:24-cv-304-SPC-KCD, 2024 WL 2749245, at *1 (M.D. Fla. May 29, 2024).

Accordingly, the Motion (Doc. 5) is **denied**.

**DONE AND ORDERED** in Jacksonville, Florida, on January 12, 2026.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:
*Pro Se* Plaintiff

---

[1] Unpublished opinions are not binding precedent; however, they may be cited when persuasive on a particular point. *See United States v. Futrell*, 209 F.3d 1286, 1289-90 (11th Cir. 2000); 11th Cir. R. 36-2.