UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC JOSEY,

      Plaintiff,

v.                              CASE NO.: 3:25-cv-01472-BJD-SJH

FLAGLER COUNTY BOARD OF
COUNTY COMMISSIONERS;
SCHOOL BOARD OF FLAGLER
COUNTY; FLAGLER COUNTY
SHERIFF; and CITY COMMISSION
OF THE CITY OF BUNNELL,

      Defendants

_____/

**DEFENDANT FLAGLER COUNTY BOARD OF COUNTY COMMISSIONERS' DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

> The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

## RECUSAL INFORMATION

1.    If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

    *The Flagler County Board of County Commissioners is a political subdivision of the State of Florida and a governmental entity.*

2.    Identify any other entity or natural person—not a party or counsel of record—with an interest the action's outcome might substantially affect.

*Flagler Sheriff's PAL, Inc., a Florida not-for-profit corporation.*

*The Board of County Commissioners is unaware of any other entity or natural person that must be disclosed in response to this request. However, in an abundance of caution, the Board of County Commissioners hereby submits the names of its current County Administrator and County Commissioners:*

a.    *Heidi Petito – County Administrator*

b.    *Leann Pennington – County Commissioner, District 4, Chair*

c.    *Kim Carney – County Commissioner, District 3, Vice-Chair*

d.    *Andy Dance – County Commissioner, District 1*

e.    *Gregory Hansen – County Commissioner, District 2*

f.    *Pam Richardson – County Commissioner, District 5*

3.    Identify any lawyer—other than counsel of record—who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

*None.*

4.    If there is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

*Not Applicable.*

5.    Identify any entity or natural person not already disclosed and likely to actively participate in this action.

*Aside from the other parties, legal counsel of record, and others listed above, the Board of County Commissioners is unaware of any other entity or natural person who is likely to actively participate in this action.*

6.  Identify any conflict of interest affecting the district judge or the magistrate judge.

    *The Board of County Commissioners is unaware of any conflicts of interest.*

## Citizenship Information

If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

If the filer is a **corporation**, the filer must identify its place of incorporation and its principal place of business.

If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify the filer's state of incorporation, the filer's principal place of business, and the insured's citizenship.

If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.

If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship

7.  If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. §1332(a) or supplemental jurisdiction under 28 U.S.C. §1367(a), state the filer's citizenship.

    *Not applicable.*

8.  If this is a class action under 28 U.S.C. §1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

    *Not applicable.*

## CERTIFICATE

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Signed,

_/s/ Michael A. Rodríguez_

MICHAEL A. RODRÍGUEZ
County Attorney
Florida Bar No. 127256
mrodriguez@flaglercounty.gov
SEAN S. MOYLAN
Deputy County Attorney
Florida Bar No. 0076251
smoylan@flaglercounty.gov
Office of the County Attorney
Flagler County
1769 East Moody Boulevard, Bldg. 2
Bunnell, Florida 32110
T: 386.313.4005
COUNSEL FOR FLAGLER COUNTY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Middle District of Florida, via the CM/ECF system, which will also serve a copy to all counsel of record, on this 16th day of January, 2026, and was served via e-mail and U.S. Mail to the Plaintiff:

Eric Josey
250 Palm Coast Parkway NE
Suite 607, PMB 173
Palm Coast, FL 32137
premier.consulting173@aol.com

_/s/ Michael A. Rodríguez_
MICHAEL A. RODRÍGUEZ