UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC JOSEY,

    PLAINTIFF,

v.                                                                                       CASE NO.: 3:25-CV-01472-BJD-SJH

FLAGLER COUNTY BOARD OF COUNTY COMMISSIONERS; SCHOOL BOARD OF FLAGLER COUNTY; FLAGLER COUNTY SHERIFF; AND CITY COMMISSION OF THE CITY OF BUNNELL,

    DEFENDANTS.

## DEFENDANT CITY OF BUNNELL'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, City of Bunnell, by and through its undersigned counsel, and respectfully files this Response to the Court's Order to Show Cause dated February 4, 2026, and states:

1. City of Bunnell was served on December 8, 2025, by service on Melissa Fecher, Assistant Director of Finance with City of Bunnell.

2. The undersigned verbally conferred with counsel for Defendant, Flagler County Board of County Commissioners, to join in the filing of the Joint Motion to Dismiss filed on December 29, 2025.

3. The first time the undersigned was electronically served through the CM/ECF system was the January 20, 2026, Endorsed Order ("January 20, 2026, Order") to comply with filing the Disclosure Statement.

4. Upon receiving the January 20, 2026, Order, the undersigned drafted the City of Bunnell's Disclosure Statement.

5. Unfortunately, the undersigned mistakenly believed the Disclosure Statement was filed on January 21, 2026, and did not realize it remained outstanding. This was an inadvertent mistake and was not intended to disregard the Court's authority or directives.

6. On February 4, 2026, **immediately upon becoming aware of the issue, the undersigned filed the required Disclosure Statement with the Court**.

7. Defendant has taken steps to ensure this oversight does not occur again and that all future filings are completed timely and in full compliance with the Court's Orders.

8. Defendant respectfully requests that the Court deem the issue cured.

Respectfully submitted,

*/s/ Paul Waters*
PAUL WATERS, ESQ.
Florida Bar No. 817651
Vose Law Firm, LLP
324 W. Morse Blvd.
Winter Park, FL 32789
Telephone (407) 645-3735
Facsimile (407) 628-5670
paul@voselaw.com
cdarcy@voselaw.com
mguidone@voselaw.com
*Counsel for City of Bunnell*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Middle District of Florida, via the CM/ECF system, which will also serve a copy to all counsel of record, on this 4th day of February, 2026, and was served via U.S. Mail to the Plaintiff:

Eric Josey
250 Palm Coast Parkway NE
Suite 607, PMB 173
Palm Coast, FL 32137

*/s/ Paul Waters*
PAUL WATERS, ESQ.
Florida Bar No. 817651