UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC JOSEY,

      Plaintiff,

v.                                      Case No.: 3:25-cv-1472-BJD-SJH

FLAGLER COUNTY BOARD OF
COUNTY COMMISSIONERS, et al.,

      Defendants.
_____/

## ORDER TO SHOW CAUSE

The parties are directed to **show cause** by a written response to be filed on or before **February 27, 2026**, why **sanctions** should not be imposed for their failure to file a Case Management Report within the time prescribed by Local Rule 3.02(b)(1). The parties are cautioned that failure to respond to this order may result in **dismissal** of the action or the entry of **sanctions** without further notice.

**DONE** and **ORDERED** in Jacksonville, Florida this 20th day of February, 2026.

BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of record

ap