UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ERIC JOSEY,**

    **Plaintiff,**

v.                                              **CASE NO.: 3:25-cv-01472-BJD-SJH**

**FLAGLER COUNTY BOARD OF COUNTY COMMISSIONERS; SCHOOL BOARD OF FLAGLER COUNTY; FLAGLER COUNTY SHERIFF; and CITY COMMISSION OF THE CITY OF BUNNELL,**

    **Defendants.**

_____/

**JOINT MOTION TO STAY**

The Parties jointly move to stay the filing of a case management report and to stay all discovery in this case until the Court decides the Defendants' Joint Motion to Dismiss (ECF. 12). In support, the Parties state as follows:

    1.    On December 2, 2025, Plaintiff filed the instant action alleging violations of the First Amendment, the Fourteenth Amendment's guarantees of Procedural Due Process, the Equal Protection Clause, and Substantive Due Process, and a state law claim.

    2.    On December 29, 2025, the Defendants filed a Joint Motion to Dismiss (ECF. 12).

3. The Parties jointly and respectfully request this Court stay the requirement to file a case management report and to stay all discovery pending the resolution of the Joint Motion to Dismiss.

4. The instant motion is made in good faith and not for the purposes of delay. Granting the instant motion is in the interest of justice, will not legally prejudice any party, and will result in the preservation of resources of the Parties and this Court.

## **MEMORANDUM OF LAW**

The Eleventh Circuit has recognized that district courts have "broad discretion in deciding how best to manage the cases before them." *See Chudasama v. Mazda Motor Corporation*, 123 F.3d 1353, 1366 (11th Cir. 1997) (citing *United States v. McCutcheon*, 86 F.3d 187, 190 (11th Cir. 1996). Notably, district courts have broad discretion to control their own docket. *Id*. Federal Rule of Civil Procedure 26(c) authorizes the court to stay an action to protect parties from undue burden or expense. *Smith v. University Community Hospital, Inc.*, Case No.: 8:18-cv-270, 2018 WL 4907910, at *1 (M.D. Fla. Oct. 10, 2018). Moreover, a court may stay an action in order to facilitate judicial economy. *Jones v. Traffic Safety Corp.*, Case No.: 8:16-cv-1689, 2016 U.S. Dist. LEXIS 112680 at *2 (M.D. Fla. Aug. 14, 2016).

A court may also grant a stay to avoid unnecessary expenditures of time and resources if doing so would not prejudice the plaintiff, the amount of time is reasonable, and doing so promotes the public interest in judicial economy and efficiency. *Lopez v. Miami-Dade Cty.,* 145 F. Supp. 3d 1206, 1208 (S.D. Fla. 2015)

Here, Plaintiff and Defendants request this Court to stay the action pending the outcome of a motion which may be dispositive for one or more Defendants. Not staying this action will go against notions of judicial economy by forcing the parties to undergo discovery proceedings, which may ultimately be unnecessary.

## CONCLUSION

WHEREFORE, for the foregoing reasons, the Parties respectfully request this Honorable Court grant this motion and enter an Order staying the filing of a case management report and staying all discovery in this case until the Court decides the Defendants' Joint Motion to Dismiss (ECF. 12). If this stay is granted, the Parties respectfully request the Court further Order that upon resolution of the Joint Motion to Dismiss, the Parties who remain in this action be provided 21 days within which to file a Case Management Report. Finally, should the Court deny this Motion, the Parties request 21 days from the date of the Court's Order denying this Motion to file a Case Management Report.

Dated this 27th day of February 2026.

*/s/ Eric Josey*
**ERIC JOSEY**
250 Palm Coast Pkwy NE
Suite 607, PMB 173
Palm Coast, FL 32137
Email: premier.consulting173@aol.com
T: (917) 882-1330
*Plaintiff*

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN (Lead Counsel)**
Florida Bar No. 937975
E-mail: michael@spellman.law

**SPELLMAN LAW, P.A.**
905 East Park Avenue
Tallahassee, Florida 32301
T: (850) 601-1983
*Counsel for Sheriff Staly*

3

/s/ *Terry J. Harmon*
**AMY D. ENVALL (Lead Counsel)**
Florida Bar Number: 0735469
E-mail: aenvall@sniffenlaw.com
**TERRY J. HARMON**
Florida Bar Number: 0029008
Email: tharmon@sniffenlaw.com

**SNIFFEN & HARMON, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone (850) 205-1996
Facsimile: (850) 205-3004
*Attorneys for Defendant*
*Flagler County School District*


/s/ *Michael A. Rodriguez*
**MICHAEL A. RODRÍGUEZ**
County Attorney
Florida Bar No. 127256
mrodriguez@flaglercounty.gov
**SEAN S. MOYLAN**
Deputy County Attorney
Florida Bar No. 0076251
smoylan@flaglercounty.gov
**Office of the County Attorney**
**Flagler County**
1769 East Moody Boulevard, Bldg. 2
Bunnell, Florida 32110
T: 386.313.4005
*COUNSEL FOR FLAGLER COUNTY*


/s/ *Susan G. Gainey*
**Susan G. Gainey, Esquire (Lead Counsel)**
Florida Bar No.: 1016477
**Roper, Townsend & Sutphen, P.A.**
255 S. Orange Avenue, Suite 750
Orlando, FL 32801

4

Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary e-mail: sgainey@roperpa.com
Secondary e-mail: mgraham@roperpa.com
***Attorney for Defendant, CITY COMMISSION OF THE CITY OF BUNNELL***